IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:07cv213

    Plaintiff(s)

  v.  ORDER

David Hackett,

    Defendant(s)

An initial appearance having been held May 3, 2007, it is hereby

Ordered that:

1. Defendant to comply fully and completely with the show cause order issued by this court.

2. Matter continued without further date.

3. The defendant shall be released from custody subject to further court order.

So Ordered.

                                                          S/ James G. Carr
                                                          Chief Judge
                                                          U.S. District Court